**From:** Wolverton, Caroline
**To:** Schwartz, Tara (USANYS); Mouhot, Dara; Evans, Annie; Kulikowski, Jillian
**Subject:** [EXTERNAL] RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers
**Date:** Tuesday, May 12, 2026 7:44:58 AM

---

Good morning Tara,

Thanks again for the update about the collection efforts being on hold and recalled from Treasury where applicable. We agree with writing the Court to that effect and withdrawing the request for a pre-motion conference. We would like to schedule time this week to discuss the possibility of an overall settlement of the case. Can that work on your end?

In the meantime, we'll put together a draft joint letter to the Court and get it to you for your review.

Best,
Caroline

**Caroline L. Wolverton**
**Akin**
Direct: +1 202.887.4107
Pronouns: she/her/hers (What's this?)

---

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Monday, May 11, 2026 3:01 PM
**To:** Wolverton, Caroline <cwolverton@akingump.com>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Hi Caroline,

Good news – the SBA has put payment collection efforts on hold for the four loans at issue (COVID EIDL (loan no. 78727278-03), Hurricane Ian EIDL (50194091-00), 7(a) loan (25755970-07), and Flood EIDL (67395791-08)), as well as recalled them from Treasury (to the extent they had been referred) for purposes of cross-servicing.

If you agree that moots the relief sought in your premotion letter, I'd like to file a letter explaining as much, indicating that withdraw the request for relief contained in your pre-motion letter, and stating that the government will respond to the complaint in accordance with the timelines under the FRCP.

Please let me know if you agree with this approach.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

---

**From:** Schwartz, Tara (USANYS)
**Sent:** Friday, May 8, 2026 6:46 PM
**To:** Wolverton, Caroline <cwolverton@akingump.com>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Hi Caroline,

I understand your position. We will still be filing an extension request and I will note your opposition in our letter.

I would be happy to discuss the claims in more detail once I have the loan files.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

---

**From:** Wolverton, Caroline <cwolverton@akingump.com>
**Sent:** Friday, May 8, 2026 4:22 PM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>

**Subject:** [EXTERNAL] Re: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Hi Tara,

I've discussed this with my clients. We're encouraged that it sounds like the parties may be able to come to agreement on a stay. But given the severe harms the clients are facing, they're not willing to agree to slowing down the process of moving forward on the motion to stay. They feel very confident about their claims that the SBA failed to follow its own regulations and give meaningful consideration to their requests for relief, and are eager to get in front of the judge. The agency seems particularly exposed on its erroneous interpretation of the regulatory provisions governing relief on disaster loans as excluding COVID EIDLs; an adverse ruling for the agency on that claim could lead to a wave of claims from other COVID EIDL borrowers whose requests for relief were denied on the same erroneous basis.

My clients would very much like to resolve this case without further litigation. I hope that after you've had a chance to review the claims in more detail we might discuss an overall settlement.

I'm also happy to hop on the phone if it'd be helpful to discuss. Please let me know if you'd like to have a call this afternoon or Monday.

Thanks.
Caroline

**Caroline L. Wolverton**
**Akin**
Robert S. Strauss Tower | 2001 K Street N.W. | Washington, DC 20006| USA | Direct: +1 202.887.4107
cwolverton@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

---

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Friday, May 8, 2026 2:57:35 PM
**To:** Wolverton, Caroline <cwolverton@akingump.com>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Hi Caroline,

I am hopeful we'll be able to agree to stay collection actions during the course of litigation. Both agency counsel and I have recommended to the SBA program folks that they do so. But SBA tells me the process of getting approval to do so usually takes a little longer when the

loans have already been referred to the Treasury Department.

Given that it seems likely the motion will moot out, I'd like to request an extension of our time to respond to the pre-motion letter. Please let me know Plaintiffs' position on SBA's request to extend its time to respond to your pre-motion letter to next Friday, May 15.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

---

**From:** Wolverton, Caroline <cwolverton@akingump.com>
**Sent:** Friday, May 8, 2026 10:20 AM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** [EXTERNAL] Re: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Thanks for the update, Tara.

**Caroline L. Wolverton**
**Akin**
Robert S. Strauss Tower | 2001 K Street N.W. | Washington, DC 20006| USA | Direct: +1 202.887.4107
cwolverton@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

---

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Friday, May 8, 2026 9:50:22 AM
**To:** Wolverton, Caroline <cwolverton@akingump.com>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

I've now discussed with my client and will let you know whether they will agree to a stay of collection activities while we litigate the claims.

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

---

**From:** Wolverton, Caroline <cwolverton@akingump.com>
**Sent:** Friday, May 8, 2026 6:44 AM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Mouhot, Dara <dmouhot@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** [EXTERNAL] RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Tara,

Thank you for reaching out. Once you've had a chance to review the case and confer with your clients, we would like to discuss whether the parties can agree to a stay of collection activity while the case is pending, and avoid motion practice on that issue.

Best,
Caroline

**Caroline L. Wolverton**
**Akin**
Direct: +1 202.887.4107
Pronouns: she/her/hers (What's this?)

---

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Thursday, May 7, 2026 11:13 AM
**To:** Mouhot, Dara <dmouhot@akingump.com>; Wolverton, Caroline <cwolverton@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** RE: Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

**EXTERNAL Email**

Dara, Caroline, Annie, and Jillian,

I am the AUSA assigned to this matter. I just reviewed the complaint and your pre-motion letter. I have not yet had a chance to discuss with the SBA. But for now, I just wanted to get in

touch so you had my contact info.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

---

**From:** Mouhot, Dara <dmouhot@akingump.com>
**Sent:** Wednesday, May 6, 2026 4:03 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Wolverton, Caroline <cwolverton@akingump.com>; Evans, Annie <aevans@akingump.com>; Kulikowski, Jillian <jkulikowski@akingump.com>
**Subject:** [EXTERNAL] Jewelry Depot v. SBA, 1:26-cv-03538-NRB (S.D.N.Y.) - Initiating Papers

Mr. Oestericher:

Attached please find copies of the following initiating papers in the above-captioned action:

1. Complaint [ECF No. 1] (Apr. 29, 2026);
2. Civil Cover Sheet [ECF No. 2] (Apr. 29, 2026);
3. Rule 7.1 Disclosure Statement [ECF No. 9] (Apr. 29, 2026); and
4. Issued summonses to the U.S. Small Business Administration and Administrator Kelly Loeffler [ECF Nos. 10-15] (Apr. 30, 2026).

Formal service on Defendants was effected on May 1, 2026, by certified mail pursuant to Fed. R. Civ. P. 4(i). We will file proofs of service shortly. Please kindly confirm receipt of the foregoing.

Please also confirm the assigned AUSA and that attorney's preferred contact information. We would appreciate the opportunity to confer on scheduling and other preliminary matters at your earliest convenience.

Respectfully,

**Dara R. Mouhot**
**Akin**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8136
dmouhot@akingump.com | akingump.com | Bio
Pronouns: they/them/theirs (What's this?)

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message