**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEWELRY DEPOT, INC. and SEAN S. BACH,<br><br>Plaintiffs,<br><br>*-against-*<br><br>U.S. SMALL BUSINESS ADMINISTRATION and KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration,<br><br>Defendants. | Civil Action No. 1:26-cv-03538 |

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE that at a time and date to be determined by the Court, undersigned counsel for Plaintiffs will move before the Honorable Naomi Reice Buchwald to withdraw as counsel. Undersigned counsel move to withdraw pursuant to Local Rule 1.4. This motion is supported by the Memorandum of Law and Declaration of Caroline Wolverton, both of which undersigned counsel request leave to file under seal.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Caroline L. Wolverton*
Caroline L. Wolverton, *admitted pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4107
Email: cwolverton@akingump.com

Anne M. Evans
(N.Y. Bar No. 5247838)

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Email: aevans@akingump.com

*Counsel for Plaintiffs Jewelry Depot, Inc.
and Sean S. Bach*