UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JEWELRY DEPOT, INC. and SEAN S. BACH,

Plaintiffs,

**ORDER**

- against -

26 civ. 3538 (NRB)

U.S. SMALL BUSINESS ADMINISTRATION AND KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration,

Defendants.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 7, 2026, counsel for plaintiffs Jewelry Depot, Inc. ("Jewelry Depot") and Sean S. Bach ("Bach," and together with Jewelry Depot, "plaintiffs") filed a motion to withdraw as counsel for plaintiffs, ECF Nos. 29, 31-33; and

**WHEREAS** on August 12, 2026, Bach submitted an opposition to the motion to withdraw via email to the Court's chambers; and

**WHEREAS** on August 18, 2026, plaintiffs' counsel filed a reply in support of its motion to withdraw, ECF Nos. 37-38; and

**WHEREAS** on August 19, 2026, Bach submitted a request for leave to file a sur-reply along with a proposed sur-reply again via email to the Court's chambers; and

**WHEREAS** the parties have each requested that their respective papers be sealed to protect client confidences and the attorney-client privilege; and

**WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel may result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983);[1] and

**WHEREAS** the Court is satisfied that plaintiffs' counsel has made a sufficient showing to justify its withdrawal from this case for the reasons set forth in counsel's memorandum of law in support of its motion and reply, both filed under seal;[2] and

**WHEREAS** the Court is satisfied that good cause exists to justify the continued sealing of the papers submitted in connection with this motion; it is hereby

---

[1] Mr. Bach is cautioned that regardless of his position as the Vice President of Jewelry Deport and the personal guarantor of three of the loans at issue, he cannot utilize those positions to avoid the requirement that Jewelry Depot must be represented by an attorney.

[2] Given the cross-requests to keep the information related to this motion under seal, the Court is mindful not to elaborate in depth on the reasons for counsel's request to withdraw herein. Suffice to say that the Court is satisfied that irreconcilable conflicts exist that make counsel's continued representation of plaintiffs untenable.

**ORDERED** that Bach's request to file a sur-reply is granted;[3] and it is further

**ORDERED** that counsel's motion to withdraw is granted; and it is further

**ORDERED** that plaintiff Jewelry Depot has 30 days to retain new counsel; and it is further

**ORDERED** that plaintiff Bach has 30 days to retain new counsel or inform the Court that he intends to represent himself in his individual capacity pro se; and it is further

**ORDERED** that the parties' requests to submit their papers under seal are each granted without prejudice to reconsideration. The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 29, 30, and 35.

Dated: August 21, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

---

[3] For the avoidance of doubt, we note that the Court has considered Bach's sur-reply in considering this motion.